IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JESSICA GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-21-CV-647-FB |
| | § | |
| TRIPOLIS ENTERPRISES, INC. d/b/a THE | § | |
| PALACE MEN'S CLUB; STEVE POULAKIS; | § | |
| and THEODORE DIMOPOULOS, | § | |
| | § | |
| Defendants. | § | |

## ORDER REINSTATING CASE ON DOCKET AND DISMISSAL OF CASE WITH PREJUDICE AND JUDGMENT

Before the Court is the Joint Motion to Dismiss with Prejudice filed on September 26, 2022 (docket #14). On November 12, 2021, this Court entered an Order Granting Joint Motion for Stay for Arbitration and Order of Administrative Closure to allow the parties to arbitrate their dispute pursuant to the agreement between them (docket #13). Given the indefinite length of time the case would be stayed, the Court also administratively closed the case. Because the parties have recently settled this case in its entirety, they jointly request the Court to dismiss this case with prejudice. The Court finds the joint motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that this case is hereby reopened and reinstated on the Court's docket and the Joint Motion to Dismiss with Prejudice (docket #14) is GRANTED. Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is DISMISSED WITH PREJUDICE with the parties to bear their own costs and attorney fees. Motions pending, if any, are also DISMISSED, and this case is CLOSED.

It is so ORDERED.

SIGNED this 27th day of September, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE